## 55284. BRYANT v. THE STATE.

SMITH, Judge.

Appellant, convicted of voluntary manslaughter, contends only that the trial court erred in overruling her motion for new trial on the general grounds. There being evidence sufficient to support the verdict, we affirm.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED FEBRUARY 1, 1978 — DECIDED APRIL 4, 1978.

*Joseph C. Kitchings,* for appellant.
*J. Lane Johnston, District Attorney,* for appellee.